

Order Filed on April 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Victor M. Saul, Esquire (VMS 8488)<br>LAW OFFICES OF VICTOR M. SAUL, LLC<br>6712 Washington Avenue, Suite 211<br>Egg Harbor Township, NJ 08234<br>(609) 677-0776 Facsimile: (609) 677-0774<br>Attorney for Creditor: Somers Point Apartments<br><br>In re:<br>Brittany S. Legette | Case No.: 23-11011<br>Chapter: 13<br>Hearing Date: April 23, 2024<br>Judge: Altenburg |

## ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED.**

**DATED: April 23, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

The Court having reviewed the Movant's Motion for Relief from the Automatic Stay, and any related responses or objections, and for good cause shown, it is hereby ORDERED as follows:

1. The Automatic Stay is hereby vacated to permit Movant, Somers Point Apartments to initiate or resume an action in the Superior Court of New Jersey to evict the Debtor and obtain possession of the Debtor's leased premises known as 50 Mays Landing Road, Apt. 95, Somers Point, New Jersey.

2. The Movant may join the Debtor and any Trustee appointed in the case as defendant in his action irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The Movant shall serve a copy of this order on the Debtor, the Debtor's attorney, the Office of the U.S. Trustee, the Trustee appointed in this case, and any other party who entered an appearance on the motion.